BEFORE THE SECOND DIVISION, FEBRUARY 13, 1964

No. 68315.—Harold M. Pitman Co. v. United States, protest 62/7244 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of copper engravers' plates, not ground, the claim of the plaintiff was sustained.

No. 68316.—Enlite Products Co., Inc., et al. v. United States, protests 62/10377, etc. (Philadelphia).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns and sirens similar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 68317.—G. Joannou Cycle Co., Inc. v. United States, protest 62/13980 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of horns similar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.